**DISMISS and Opinion Filed December 7, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00939-CV**
_____

**VECENTE MORALES, Appellant**
**V.**
**GEICO INSURANCE COMPANY, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-17252**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Kennedy
Opinion by Justice Miskel

We questioned our jurisdiction over this appeal because it appeared the notice of appeal was untimely. *See Mitschke v. Borromeo*, 645 S.W.3d 251, 260 (Tex. 2022) ("[T]he absence of a timely notice of appeal prevents the appellate court from ever exercising jurisdiction in the first place."). A notice of appeal must be filed within thirty days of the judgment being signed, with limited exceptions not applicable here. *See* TEX. R. APP. P. 26.1. In the present case, the date of the final judgement was October 7, 2022, making the deadline to file the notice of appeal

November 7, 2022. *See* TEX. R. APP. P. 4.1, 26.1. The notice of appeal was not filed until September 11, 2023.

We requested appellant file a letter brief addressing our jurisdictional concern. In his response, appellant argues that he is entitled to an appeal and that we have jurisdiction because he never received notice of the judgment. No authority exists, however, allowing us to alter the time for perfecting an appeal in a civil case. *See id.* 2. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(a).

/Emily Miskel/

230939f.p05  EMILY MISKEL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

VECENTE MORALES, Appellant

No. 05-23-00939-CV      V.

GEICO INSURANCE COMPANY,
ET AL., Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-17252.
Opinion delivered by Justice Miskel.
Justices Nowell and Kennedy
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 7th day of December, 2023.